Gregory D. Miller
Catherine R. Salerno
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
Telephone: (201) 287-2460
Facsimile: (201) 489-0495

*Attorneys for Plaintiff Lifsa Drugs LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Lifsa Drugs LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Wellgistics, LLC,<br><br>*Defendant.* | Civil Action No.: 3:25-cv-16891 |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lifsa Drugs LLC ("Plaintiff") and Defendant Wellgistics, LLC ("Defendant") hereby stipulate and agree, through their undersigned counsel, that all claims asserted in the above-referenced action are dismissed with prejudice, with each party to bear its own costs, fees, and expenses incurred in relation to this action.

Dated: September 28, 2026

Respectfully submitted,

By: *s/ Jorge M. Marquez*
Jorge M. Marquez
**WHITEFORD, TAYLOR & PRESTON LLP**
444 Madison Avenue, 4th Floor
New York, New York 10022
Telephone: (212) 931-5512
jmarquez@whitefordlaw.com

*Attorneys for Defendant Wellgistics, LLC*

By: *s/ Gregory D. Miller*
Gregory D. Miller
Catherine Salerno
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: (201) 287-2460
Facsimile: (201) 489-0495
gregory.miller@rivkin.com

*Attorneys for Plaintiff Lifsa Drugs LLC*

It is so ordered on this 29th day of September, 2026. It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked as closed.

Georgette Castner

GEORGETTE CASTNER, U.S.D.J.